UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN  DIVISION
NO: 7:09-CR-00162-BR

UNITED STATES OF AMERICA            )
                                    )
                                    )
            v.                      )            ORDER
                                    )
JOHN ASHLEY DAVIS                   )


      This matter is before the court on defendant's *pro se* motion for return of his 2004 Ford

F-150 truck.  (DE # 132.)  According to the government's response, the truck was seized in

conjunction with a federal investigation and is currently in the impound lot of the Duplin County

Sheriff's Department.  (DE # 133.)  The government does not object to the release of the truck,

and the response represents that Duplin County does not either.   Accordingly, the motion is

ALLOWED.  It is hereby ORDERED that the subject 2004 Ford F-150 truck be released to

defendant or to any person authorized in writing by him to retrieve it.  It is further ORDERED

that should the vehicle not be retrieved by defendant or his representative within 60 days of this

order, the United States or Duplin County may treat it as abandoned property, disposing of it in

accordance with applicable law.  The Clerk is DIRECTED to serve a certified copy of this order

on the Duplin County Sheriff's Department.

      This 3 January 2014.



_____
W. Earl Britt
Senior U.S. District Judge