UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:09-CR-00162-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN ASHLEY DAVIS | ) | |

This matter is before the court on defendant's *pro se* motion to terminate supervised release. (DE # 145.) "'[T]he district court 'may' terminate supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released *and the interest of justice*.'" United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999) (quoting 18 U.S.C. § 3583(e)(1)). While the court acknowledges defendant's compliance with supervised release in this case, it is noted that he has a prior federal drug conviction from 1997 and has only completed 28 months of a 60-month term of supervision. Additionally, in January 2018, defendant was placed in a specialized low intensity caseload by the probation office. It is this court's desire to see defendant successfully complete at least one year of supervision while in this specialized status prior to considering early termination as a viable option. As such, the motion is DENIED.

This 5 July 2018.

_____
W. Earl Britt
Senior U.S. District Judge